**Louise M. Shemaitis, Plaintiff, v. Charles J. Shemaitis, Movant-Appellant. LeRoy F. Froemke, Purchaser at Partition Sale and Petitioner for Writ of Assistance therein, Respondent-Appellee.**

Gen. No. 46,914.

First District, Third Division.

April 3, 1957.

Rehearing denied June 19, 1957.

Released for publication June 20, 1957.

Edward Basil Lane, for appellant; Charles F. Grimes, and John H. Meyer, for respondent-appellee, LeRoy F. Froemke. Opinion by JUDGE KILEY. Not to be published in full.